**John J. Gerrity et al., appellees, v. Michael F. Gerrity et al., appellants. Gen. No. 27,721.**
Bill for partitions of real estate. First sale set aside. Second sale held. Decree approving master's report of resale. Appeal from the

Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923.

John M. Duffy, for appellants; W. J. Lewis, of counsel. William T. Dickerman, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.